UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
RAYMOND LEWIS and AARON ORTEGA, on         :
behalf of themselves and all others        :
similarly situated,                        :
                                           :
                    Plaintiffs,            :          23cv9460(DLC)
                                           :
         -v-                               :          ORDER
                                           :
CITY OF NEW YORK, et al.,                  :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     Having received the parties' letters of April 7, 2026, it

is hereby

     ORDERED that the scheduling order of February 2, 2026

remains in place.

Dated:     New York, New York
           April 8, 2026

                              _____
                                        DENISE COTE
                              United States District Judge